IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TarJuan Godwin
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Sheriff John Mehr
Mayor Scott Conger
Madison County Government official
(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED BY
JUN 14 2022
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

RECEIVED BY
MAY 14 2022
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit
        Plaintiffs: _____

        Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____
        3. Docket Number: _____
        4. Name of judge to whom case was assigned: _____
        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
        6. Approximate date of filing lawsuit: _____
        7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: C.J.C Madison County Jail
A. Is there a prisoner grievance procedure in the institution?
    Yes ( ) No (✓)
B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( ) No (✓)
C. If your answer is Yes:
  1. What steps did you take? _____
  2. What was the result? _____
D. If your answer is No, explain why not: Because there is not no grievance Pescedure at this institution.

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
A. Name of Plaintiff Taduan Godwin
   Address 515 South Liberty Street, Jackson, Tn 38301

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
B. Defendant Sheriff John Mayor, Skott Conger is employed as Madison County Government Official
  at Jackson, Tn 38301

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Cruel and Unsual Punishment: Tha following Conditions and Practices amount to Cruel and unsual Punishment: ① Double celling inmates Crowded Conditions ② Confinement of any inmates for more than one week's a duration in a cell not equipped with hot water, ③ Confinement of inmates in buildings unfit for human habitation ④ Failure to maintain minimum Sanitary Condition in the food Storage, Preparation, and Service area; ⑤ Failure to adequately protect inmates from the likelihood of violent attack; ⑥ Failure to Provide minimally adequately medical Care for inmates; and ⑦ Confinement of inmates in segregation Status for more than one week without any opportunity for Physical exercise. Check the log in book

Revised 4/18/08

V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Stop the Cruel and unsual punishment, Stop the black mold thats festering around, and making me, and everybody in here sick, Shut this Jail down, Punish the People thats suppase to be over it.

VI. Jury Demand

I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __9__ day of __June__, 20_22_.

Tarluan Godwin
515 South Liberty Street
Jackson, Tn. 38301
(Signature of Plaintiff/Plaintiffs)