```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION


TARJUAN GODWIN,                        )
     Plaintiff,                        )
                                       )
vs.                                    )    No. 22-cv-1130-SHM-tmp
                                       )
SHERIFF JOHN MEHR, ET AL.,             )
                                       )
     Defendant.                        )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 7), docketed April 11, 2024, dismissing the case with prejudice.


**APPROVED:**

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *April 11, 2024* | WENDRY R. OLIVER |
|---|---|
| DATE | CLERK |

   */s/  Jairo Mendez*
   (By) DEPUTY CLERK